AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

MICHAEL J. RESCH, ET AL.

V.

BEACHCOMBER USA, INC., ET AL.

**APPEARANCE**

Case Number: 1:08-cv-06064-RMB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Beachcomber USA, Inc. and All American Industries, Corp.

I certify that I am admitted to practice in this court.

| 7/21/2008 | _(signature)_ |
|---|---|
| Date | Signature |
| | Scott M. Harrington — sh0588 |
| | Print Name — Bar Number |
| | Diserio Martin O'Connor & Castiglioni LLP, One Atlantic St. |
| | Address |
| | Stamford — CT — 06901 |
| | City — State — Zip Code |
| | (203) 358-0800 — (203) 348-2321 |
| | Phone Number — Fax Number |