AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

MICHAEL J. RESCH, ET AL.

V.

BEACHCOMBER USA, INC., ET AL.

**APPEARANCE**

Case Number:   1:08-cv-06064-RMB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Beachcomber USA, Inc. and All American Industries, Corp.

I certify that I am admitted to practice in this court.

| 7/21/2008 | *signature* |
|---|---|
| Date | Signature |
|  | Jonathan P. Whitcomb — jw3245 |
|  | Print Name — Bar Number |
|  | Diserio Martin O'Connor & Castiglioni LLP, One Atlantic St. |
|  | Address |
|  | Stamford — CT — 06901 |
|  | City — State — Zip Code |
|  | (203) 358-0800 — (203) 348-2321 |
|  | Phone Number — Fax Number |