UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. RESCH, AND<br>LORETTE M. RESCH<br><br>    Plaintiffs<br><br>VS.<br><br>BEACHCOMBER USA, INC., AND<br>ALL AMERICAN INDUSTRIES, CORP.,<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:CASE NO.: 08 CIV 6064(RMB)<br>:<br>:<br>:AUGUST 19, 2008<br>: |

RULE 7.1 DISCLOSURE

The Defendants, BEACHCOMBER USA, INC. and ALL AMERICAN INDUSTRIES, CORP., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully disclose that they have no parent corporations or publicly held corporations that own 10% or more of their stock.

                    THE DEFENDANT,
                    BEACHCOMBER USA, INC., AND
                    ALL AMERICAN INDUSTRIES, CORP.

                    BY:___/s/_____
                        Scott M. Harrington
                        DISERIO MARTIN O'CONNOR &
                            CASTIGLIONI LLP #102036
                        One Atlantic Street
                        Stamford, CT 06901
                        (203)358-0800 (phone)
                        (203)348-2321 (fax)
                        sharrington@dmoc.com

CERTIFICATION

  I hereby certify that on August 19, 2008 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Timothy G. Ronan
Cara Ann Ceraso
Pullman & Comley, LLC
300 Atlantic Street
Stamford, CT 26901

                /s/
               Scott M. Harrington

Bridgeport/72289.1/CCERASO/706414v1