UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL J. RESCH, AND
LORETTE M. RESCH,

      Plaintiffs,

VS.                                                     08 CV 6064 (RMB)

BEACHCOMBER USA, INC., AND
ALL AMERICAN INDUSTRIES, CORP.,

      Defendants.
------------------------------------------------------------X

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by September 30, 2008

(ii)   Amend the pleadings by September 30, 2008

(iii)  All discovery to be **expeditiously** completed by ~~March 31, 2009~~ 12/22/08 RMB

(iv)  Consent to Proceed before Magistrate Judge not at this time

(v)   Status of settlement discussions none since filing of suit  12/23/08 @ 10:30 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions

(vii) Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)  Final Pre-Trial Conference

(x)   Trial

(xi)  Other

SO ORDERED:   New York, New York
                         8/20/08

                                                  RMB
                                     Hon. Richard M. Berman, U.S.D.J.